**Order filed September 8, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00193-CV
_____

## IN RE TIM A. THIBODEAU, Relator

| |
|---|
| **ORIGINAL PROCEEDING**<br>**WRIT OF MANDAMUS**<br>**311th District Court**<br>**Harris County, Texas**<br>**Trial Court Cause No. 2008-00271** |

## ORDER

On March 6, 2014, relator Tim A. Thibodeau filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the judge of 311th District Court of Harris County to set aside the July 31, 2012 and December 3, 2012 orders suspending relator's visitation with, and access to, the child, and to conduct a jury in trial court cause number 2008-00271, styled *In the Interest of G.A.W.T., A Child*. On April 7, 2014, we abated this original proceeding pursuant to Texas Rule of

Appellate Procedure 7.2(b) due to the resignation of the trial judge, whose challenged actions form the basis of relator's request for relief.  *See* Tex. R. App. P. 7.2(b).

In the abatement order, we directed relator to advise this court of the status of the underlying litigation every thirty days from the date of the order until the respondent-judge's successor had informed this court of the action taken upon reconsideration of relator's request for relief.  Relator has not filed a status update since February 4, 2015, nor has this court been informed of any action by the respondent-judge's successor on relator's request for relief.

Accordingly, we **ORDER** relator to file a letter with this court within ten days of the date of this order explaining: (1) the current status of the underlying litigation; (2) whether the trial court has taken any further action on relator's requests for relief; and (3) whether relator presently intends to pursue relief by a writ of mandamus with respect to any of the actions made the subject of his petition for mandamus relief.  If relator fails to timely file the letter, this court will consider dismissal of the original proceeding on the court's own motion for want of prosecution.

This court will also consider an appropriate motion filed by either party to reinstate or dismiss this original proceeding, as appropriate.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.